RECEIVED

MAY 0 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NOURI E. HAKIM | CIVIL ACTION 3-02-1371 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| CANNON AVENT GROUP, PLC, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment, **Doc. # 89**, is GRANTED and plaintiff's claims as to the '620 patent are dismissed with prejudice.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 3 day of May 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE