RECEIVED

MAY 0 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **NOURI E. HAKIM** | **CIVIL ACTION NO. 02-1371** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CANNON AVENT GROUP, PLC, ET AL** | **MAG. JUDGE JAMES D. KIRK** |

## ORDER

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED that Plaintiff's appeal [Doc. No. 128] is DENIED and the Magistrate Judge's February 2, 2005 Memorandum Order [Doc. No. 124] granting Defendants' Motion to Strike the Hakim Declaration is AFFIRMED.

MONROE, LOUISIANA, this 3 day of May, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE